**L. RUTHER, Pequot Nation,
Plaintiff–Appellant,**

**v.**

**AMERICAN CIVIL LIBERTIES
UNION OF VIRGINIA,
Defendant–Appellee.**

**No. 14–1979.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Lawrence Ruther, Appellant pro se.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

L. Ruther appeals the district court's
order finding his document filed was inde-
cipherable, treating it as a miscellaneous
matter, and closing the matter without fur-
ther action. We have reviewed the record
and find no reversible error. Accordingly,
we deny leave to proceed in forma pauper-
is and dismiss for the reasons stated by
the district court. *Ruther v. Am. Civil
Liberties Union,* No. 1:14–mc–00026–
LMB–TRJ (E.D.Va. Sept. 3, 2014). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this

court and argument would not aid the
decisional process.

*DISMISSED.*